## 1365. JACKSON *v.* THE STATE.

This case is controlled by *Cole* v. *State*, 2 *Ga. App.* 734 (59 S. E. 24);
  *Walker* v. *State*, 117 *Ga.* 323 (43 S. E. 737).

Indictment for assault and battery, from McIntosh superior
court—Judge Seabrook. July 18, 1908.

Submitted October 8,—Decided October 12, 1908.

*Kenan & Crawford,* for plaintiff in error.

*N. J. Norman, solicitor-general,* contra.

POWELL, J. We do not care to recite the facts. The defendant
sought to justify the battery, on one of those natural grounds
which appeal to all honorable men, but which the law does not
recognize as a defense. If we had pardoning power, instead of
judicial authority only, we would incline to a different judgment;
but in the light of the law as it is, the judgment is     *Affirmed.*

---

## 1368. MARSHALL *v.* THE STATE.

RUSSELL, J. No error of law is alleged to have been committed by the
  court on the trial. The evidence authorized the verdict, and the mo-
  tion for new trial was properly overruled.

                              *Judgment affirmed.*

Accusation of assault and battery, from city court of Dawson—
Judge Edwards. July 21, 1908.

Submitted October 8,—Decided October 12, 1908.

*Marlin & Hoyl,* for plaintiff in error.

*M. J. Yeomans, solicitor,* contra.